D. *Kilgore* and T. J. *Sample*, for the state.

Nov. Term, 1853.

THE STATE v. KIGER.

---

## THE STATE v. KIGER.

An indictment was as follows: State of *Indiana, Delaware* county, ss. In the *Delaware* Circuit Court, *September* Term, 1851. The Grand Jurors for the State of *Indiana* upon their oath present, &c. *Held*, that it sufficiently appeared that the grand jury sworn and impanneled at that term in *Delaware* county was meant.

The R. S. 1852 did not take effect till the 6th of *May*, 1853.

Section 3, p. 431, vol. 1, R. S. 1852, contains a saving clause as to all misdemeanors committed under the prior law.

APPEAL from the *Delaware* Circuit Court.

STUART, J.—Indictment for gaming. On motion of *Kiger*, the indictment was quashed in the Court below. There is no brief for the defendant, and the state furnishes no authority. We are thus left to imagine what considerations induced the action of the Court below.

We are unable to discover any defect in the indictment. The introductory part is not according to the forms. (1) Yet it sufficiently appears that by the grand jurors of the state of *Indiana*, is meant the grand jury sworn and impanneled at that term in *Delaware* county.

The Common Pleas act could not affect this case, for the offence was committed before that went into operation. And the revised statutes of 1852 could not be in the mind of the Court, for they did not take effect till the 6th of *May*, 1853. *Jones* v. *Cavins*, *ante*, p. 305. Even had they been in force, there is a saving clause as to all

Saturday, December 31.

Nov. Term,
1853.

misdemeanors committed under the old law. R. S. 1852, vol. 1., p. 431, s. 3.

We think the Court erred in quashing the indictment.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c. (2)

*R. A. Riley*, for the state.

*J. S. Buckles*, for the appellee.

(1) The indictment was as follows: State of *Indiana, Delaware* county, ss. In the *Delaware* Circuit Court, *September* Term, 1851. The Grand Jurors for the State of *Indiana*, upon their oath present, &c.

(2) The judgments in two other cases of *The State* v. *Kiger* were affirmed, on this day, for the reasons given in this case.